IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 12–cv–01126–MSK–KMT

LEANNE SLOAN, individually and on behalf of others similarly situated,

    Plaintiff,

v.

AMERISTAR CASINOS, INC., and
AMERISTAR CASINO BLACK HAWK, INC.,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

In light of "Defendants' Consent to Filing of Plaintiff's Proposed Amended Complaint" (Doc. No. 29, filed Sept. 12, 2012), Plaintiff's "Unopposed Motion to Amend Complaint" (Doc. No. 24, filed Sept. 5, 2012) is GRANTED pursuant to Fed. R. Civ. P. 15(a)(2). The Clerk of Court is directed to file Plaintiff's Amended Complaint (Doc. No. 24-1).

Dated: September 12, 2012