IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 1:12-cv-01126-MSK-KMT

LEANNE SLOAN,

Plaintiff,

v.

AMERISTAR CASINOS, INC. and AMERISTAR CASINO BLACK HAWK, INC,

Defendants.

**DEFENDANTS' REPLY IN SUPPORT OF MOTION FOR LEAVE TO TAKE A PRELIMINARY DEPOSITION OF PLAINTIFF LIMITED TO FLSA COLLECTIVE ACTION ISSUES**

Ameristar Casinos, Inc., and Ameristar Casino Black Hawk, Inc., ("Defendants"), submit this reply pursuant to leave granted by this Honorable Court pursuant to the Minute Order of September 17, 2012.

1. Plaintiff's response says the proposed deposition is unnecessary for various reasons, but does not seem to dispute the singular fact that this Court has broad discretion to allow the deposition. Significantly, Plaintiff fails to identify any unfair prejudice that might ensue if the deposition is allowed. Defendants, however, have identified how they will be harmed if leave to take the deposition is not granted. See, e.g. paragraph 9 of Defendants' Motion.

2. Defendants need the deposition to decide how to respond to Plaintiff's currently pending motion for preliminary certification of this case as an FLSA

collective action [Docket No. 38]. Defendants have several options in this regard, including not filing an opposition to the pending motion. The proposed deposition has been scheduled for October 10, 2012 and Defendants' response to the pending certification motion is due on October 15, 2012.

3. Plaintiff says in her response that the issue of preliminary certification is to be decided on the pleadings alone, but has nonetheless attached two factual declarations to the Motion. This goes beyond the pleadings and there is relevant case law holding that a plaintiff at the conditional certification stage must "establish a reasonable basis" for the claim that "there are other similarly situated employees." See e.g., *Daugherty et al v. Encana Oil & Gas*, Civ. Act. No. 10-cv-2272-RBJ-KLM, 2011 U.S. Dist. LEXIS 146667.

4. Plaintiff's complaint alleges that Ameristar "operates" other casinos in other states and "upon information and belief," there are numerous other casino hosts in other states who she claims are "similarly situated." Complaint at 14, 15. Does her "information and belief" provide a "reasonable basis" for her allegation that she is "similarly situated?" Is the FLSA preliminary certification standard so lenient that a defendant has no right to question a plaintiff who asserts she is similarly situated based upon "information and belief?"

5. The Court should exercise its discretion in favor of the requested discovery simply because liberal discovery is favored by the rules and there is no unfair prejudice to Plaintiff if the deposition is allowed. The two hours comes out of Defendants' total allowed deposition time and may save judicial resources and briefing on preliminary certification issues. If, for example, the deposition shows that Plaintiff's "information and belief" provides a "reasonable basis" for the allegation

that she is "similarly situated" to other casino hosts in other locations, Defendants should have the option to not spend resources and money challenging preliminary certification. If, however, her "information and belief" is insubstantial, Defendants should not be deprived of a timely opportunity to question it.

Respectfully submitted this 1st day of October, 2012.

*K. Preston Oade, Jr.*
K. Preston Oade, Jr. (#14483)
Stephen D. Rynerson (#34825)
BRYAN CAVE HRO
1700 Lincoln Street, Suite 4100
Denver, Colorado  80203-4541
Telephone:    (303) 861-7000
Facsimile:    (303) 866-0200
Email: preston.oade@bryancave.com
stephen.rynerson@bryancave.com

ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I hereby certify that on October 1, 2012, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

| | |
|---|---|
| Theresa L. Corrada | David B. Seserman |
| Juli E. Lapin | Chad M. Lieberman |
| Lapin │ Lapin, P.C. | Brosseau Bartlett Seserman, LLC |
| 1775 Sherman Street, Suite 1445 | 6455 S. Yosemite Street, Suite 750 |
| Denver, Co 80203 | Greenwood Village, CO 80111 |
| tcorrada@lawlapin.com | dseserman@bbs-legal.com |
| juli@lawlapin.com | clieberman@bbs-legal.com |

*s/ K. Preston Oade, Jr.*
K. Preston Oade, Jr. (#14483)
BRYAN CAVE HRO
1700 Lincoln Street, Suite 4100
Denver, Colorado 80203-4541
Telephone:   (303) 861-7000
Facsimile:    (303) 866-0200

ATTORNEYS FOR DEFENDANTS