**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Kathleen M. Tafoya**

**Civil Action No.** 12-cv-01126-MSK-KMT         FTR - Courtroom C-201

**Date:** October 9, 2012                             Deputy Clerk, Nick Richards

LEANNE SLOAN, individually and on behalf of          Chad Michael Lieberman
others similarly situated,                           David Brian Seserman
                                                     Julie Elizabeth Lapin
                 Plaintiff,                          Theresa Lynne Corrada

v.

AMERISTAR CASINOS, INC., and                         K. Preston Oade, Jr.
AMERISTAR CASINO BLACK HAWK, INC.,

                 Defendants.

---

## COURTROOM MINUTES / MINUTE ORDER

---

**MOTION HEARING**
**Court in session: 1:32 p.m.**
Court calls case.  Appearances of counsel. All parties appear via telephone.

Motion Hearing called regarding Plaintiff's Motion to Reconsider or in the Alternative,
Clarify, Order Dated October 3, 2012 [Doc. No. 48, filed October 9, 2012].

It is **ORDERED**:      Plaintiff's Motion to Reconsider [48] is **GRANTED**.  Defendant may
                       take a deposition of the plaintiff for up to two hours on issues
                       limited to those involving whether there is a collective class.  Any
                       remaining time not used by the Defendant will be added back into
                       the 7.5 hours currently reserved for Plaintiff's deposition on
                       substantive issues to be conducted at a later date.


**Court in Recess: 1:47 p.m.**
Hearing concluded.
Total In-Court Time    00:15

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.