IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 12–cv–01126–MSK–KMT

LEANNE SLOAN, individually and on behalf of others similarly situated,

    Plaintiff,

v.

AMERISTAR CASINOS, INC., and
AMERISTAR CASINO BLACK HAWK, INC.,

    Defendants.

**ORDER**

This matter is before the court on "Plaintiff's Motion For Conditional Collective Action Certification and for Judicial Notice to Class." [Doc. No. 38, filed November 21, 2012.] Having reviewed the extensive briefing and after a hearing on November 7, 2012, it is hereby

**ORDERED**

1.    "Plaintiff's Motion For Conditional Collective Action Certification and for Judicial Notice to Class" [Doc. No. 38] is **GRANTED**. The Court hereby conditionally certifies the Class as

> those persons employed by Defendants as casino hosts at any time since April 30, 2009, through present day who worked more than 40 hours per week but did not receive overtime compensation.

2. The court hereby approves the attached "Notice of Right to Join Lawsuit" attached to this Order.

Dated this 13th day of November, 2012.

BY THE COURT:

Kathleen M. Tafoya
United States Magistrate Judge