**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE RAYMOND P. MOORE**

---

Courtroom Deputy: Nick Richards                    Date: October 28, 2013
Court Reporter: Tammy Hoffschildt

---

**CASE NO. 12-cv-01126-RM-KMT**

Parties                                            Counsel

LEANNE SLOAN, individually and on behalf           Chad Michael Lieberman
of others similarly situated,                      David Brian Seserman
                                                   Juli Elizabeth Lapin
          Plaintiff,                               Theresa Lynne Corrada

v.

AMERISTAR CASINOS, INC.; and                       Ann Elizabeth Christoff
AMERISTAR CASINO BLACK HAWK,                        Meghan W. Martinez
INC.,

          Defendants.

---

**COURTROOM MINUTES**

---

**STATUS CONFERENCE**
**COURT IN SESSION: 12:58 p.m.**
Court calls case. Appearances of counsel.

Status Conference called regarding Plaintiff's Motion for Status Conference Before
Judge Moore [Doc. No. 98, filed September 12, 2013].

Opening remarks by the Court regarding the status of the case.

**ORDERED**:   Plaintiff's Motion for Status Conference [98] is **GRANTED**.

Discussion regarding Plaintiff's Motion for Relief From Stay of Discovery [Doc. No. 97,
filed September 12, 2013]. The Court notes the motion has been referred to Magistrate
Judge Kathleen M. Tafoya.

1:12 p.m.      Statement by Mr. Seserman.

1:20 p.m.      Statement by Ms. Martinez.

Ms. Martinez notifies the Court that Defendants intend to file a Motion for a Settlement Conference.

**ORDERED**:   Plaintiff's Motion for Relief From Stay of Discovery [97] is **GRANTED IN PART** as discussed on the record.

Further discussion regarding Plaintiff's Motion for Relief [97].

**COURT IN RECESS**: **1:42 p.m.**
**Total in court time**: 00:44
**Hearing concluded**