UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
Judge Raymond P. Moore

Civil Action No. 12-cv-01126-RM-KMT

LEANNE SLOAN, individually and on behalf of other similarly situated,

    Plaintiff,

v.

AMERISTAR CASINOS, INC., and
AMERISTAR CASINO BLACK HAWK, INC.,

    Defendant.

## ORDER

    This matter comes before the Court on Plaintiff's Unopposed Motion for Settlement Conference [Docket No. 118].

    Magistrate Judge Tafoya is authorized to conduct a working settlement conference in this case. The parties shall contact Magistrate Judge Tafoya's chambers at 303-335-2780 concerning scheduling.

    DATED November 22, 2013.

                                        BY THE COURT:

                                        RAYMOND P. MOORE
                                        United States District Judge