**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Kathleen M. Tafoya**

| | | | |
|---|---|---|---|
| Civil Action No: | 12-cv-01126-RM-KMT | Date: | April 21, 2014 |
| Courtroom Deputy: | Sabrina Grimm | FTR: | Courtroom C-201 |

| *Parties:* | *Counsel:* |
|---|---|
| LEANNE SLOAN, individually and on behalf of others similarly situated, | Theresa Corrada
Juli Lapin |
| Plaintiff, | |
| v. | |
| AMERISTAR CASINOS, INC., and
AMERISTAR CASINO BLACK HAWK, INC., | Meghan Martinez
Ann Christoff |
| Defendants. | |

**COURTROOM MINUTES**

**MOTION HEARING**

**1:30 p.m.**     **Court in session.**

Court calls case. Appearances of counsel.

Court states its understanding of the issue.

Discussion and argument regarding the scope of the subpoena duces tecum with respect to plaintiff's employment personnel file and the discoverability of the documents requested.

**ORDERED:   Plaintiff's Motion to Quash Subpoenas Duces Tecum and for A Protective Order [127] is GRANTED IN PART AND DENIED IN PART. Defendants are directed to narrow the scope of the subpoena duces tecum, as modified in Court, and submit the revised subpoena to Plaintiff for review on or before April 25, 2014. Plaintiff shall review the revised subpoena and notify Defendants of their position on or before April 30, 2014. After conferral, if further guidance is required, the parties are permitted to contact the Court.**

**2:21 p.m.**     **Court in recess.**

Hearing concluded.
Total in-court time    00:51
*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.