**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Raymond P. Moore**

Civil Action No. 12-cv-01126-RM-KMT

LEANNE SLOAN, individually and on behalf of others similarly situated,

    Plaintiff,

v.

AMERISTAR CASINOS, Inc., and,
AMERISTAR CASINO BLACK HAWK, INC.,

    Defendanst.

## ORDER RE: STIPULATION TO DECERTIFY CONDITIONALLY CERTIFIED COLLECTIVE ACTION

The Court, having reviewed the parties' Stipulation to Decertify Conditionally Certified Collective Action (the "Stipulation") (ECF No. 162), and being fully advised, hereby ORDERS:

1. The Stipulation (ECF No. 162) is ACCEPTED;
2. The conditionally certified collective action in this case is DECERTIFIED.

The parties have indicated that they "have resolved the claims between them contingent upon the Court decertifying this case as a collective action." (ECF No. 162 at 2.) Pursuant to U.S. Magistrate Judge Kathleen M. Tafoya's order (ECF No. 161), a stipulated Motion to Dismiss is due on or before November 6, 2014.

DATED this 14th day of October, 2014.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge